**UNITED STATES of America,**
**Appellee,**

v.

**Paul Drew HAYNES, Appellant.**

**No. 13840.**

United States Court of Appeals,
Fourth Circuit.

Argued March 3, 1970.

Decided March 6, 1970.

Certiorari Denied June 8, 1970.
See 90 S.Ct. 1879.

Patrick G. Cullen, Baltimore, Md., court-appointed counsel, for appellant.

Francis S. Brocato, Asst. U. S. Atty. (Stephen H. Sachs, U. S. Atty., on brief), for appellee.

Before BOREMAN, WINTER and BUTZNER, Circuit Judges.

PER CURIAM:

The appellant, Paul Drew Haynes, was indicted and convicted by a jury on a charge of refusing to report for and submit to induction into the armed forces in violation of Title 50 App. U.S.C. § 462. Upon consideration of the record, briefs, and oral argument we find no reversible error. Therefore, the judgment below will be

Affirmed.